# Exhibit A



### Great Forest Park Balloon Glow 2013 in St. Louis

"When you think Saint Louis, think **Saint Louis Front Page**," a weekly publication covering the news and events in the greater St. Louis area.



St. Louis Front Page."

**St. Louis Front Page**
- St. Louis Front Page
- St. Louis News
- Community Info
- St. Louis CitySide
- Business News
- St. Charles News
- Southwest, IL News
- Art Gallery News
- Hotel News
- Restaurant News
- Shopping St. Louis
- Not Just For Kids



St. Louis Fine Restaurant Guide

**Downtown Map**
- Downtown Map
- America's Center
- Busch Stadium
- Gateway Arch
- Scottrade Center
- Laclede's Landing
- Old Courthouse
- Union Station

**Metropolitan Map**
- Metropolitan Map
- Daniel Boone Home
- Casinos
- Central West End
- Clayton. MO
- Grand Center
- Grant's Farm
- Forest Park
- Kimmswick, MO
- Mastodon Site
- MO Botanical Garden
- Soulard
- St. Charles, MO

Thousands of families, friends and visitors cheered as the horns sounded for the start of the annual Great Forest Park Balloon Glow, Friday night, September 20, 2013, on Central Field.

## *Great Forest Park Balloon Glow Lights Up Sky Over Central Field in Forest Park*

*by Betty Moore, betty@slfp.com*



Shana Cook, event coordinator, Great Forest Park Balloon Race Glow in the Park Dinner, and Doris Devereux, volunteer and member of the Balloon Glow Dinner Committee, enjoyed the festivities benefiting the Humane Society of Missouri Animal Cruelty Fund.

St. LOUIS, (SLFP.com), September 20, 2013 - A cold front moved through the St. Louis area all day Friday with rain drenching Central Field and the surrounding grassy area in Forest Park. The storm left organizers of the **Great Forest Park Balloon Glow** scrambling to prepare the grounds for one of the biggest events of the year.

Park staff quickly spread mulch and straw to soak up the puddles and cover muddy areas, as families and friends began arriving early Friday evening. Kids squealed with delight as they found a few puddles to jump in while waiting in line to play in the inflatables set up at the north end of the field.

"Bunny, bunny, bunny" they shouted as the enormous 60-foot-high pink ears of the Energizer Hot "Hare" Bunny began to take shape for the glow.

Every available dry space around the field was filled with tables, chairs, plastic and blankets as families settled in to watch crew members unfold yards of material, upright flight baskets and begin adjusting burners to inflate nearly seventy colorful balloons spaced out across the soggy field.

Guests arrived at the private **Great Forest Park Balloon Race Glow in the Park Dinner** benefiting the Humane Society of Missouri, to enjoy cocktails, dinner and dancing under beautifully decorated white tents set up on the east side of the field near the Energizer Bunny.

**Shana Cook,** coordinator for the Park Dinner, beamed with enthusiasm as she described how the event has become a signature fundraiser for the Humane Society.

"Parking can really be a problem at the Balloon Glow with thousands of people attending one of the most unique events in the United States," stated Cook, smiling at children waving glow lights.

With private access to Forest Park, valet parking and front row seats, she reported that VIP tickets sold out quickly with over 800 guests expected to attend. Cook said that four year ago, Balloon Glow organizers invited their organization to be the charitable recipient of the Balloon Glow dinner.

"Standing amongst the balloons when they are inflated and they all do a 'burn' is special, but being able to raise funds to benefit the Humane Society of Missouri Animal Cruelty Fund is even more special," she


Vacation Savings at Drury Hotels Call 1-800-325-0481



Marriott. Choose from 3,000 hotels worldwide. Book now.

AAA members save up to 20% off lowest rates at Best Western

**EXHIBIT A**

- West Port Plaza
- Six Flags
- Transportation
- Lambert Airport

**How To Reach Us:**
St. Louis Front Page
3832 S. Broadway
St. Louis, MO 63118

**Voice:** 314-771-0200

**To submit news, contact:**
editor@slfp.com

**To advertise, contact:**
advertising@slfp.com



commented over music filling the cool night air.

Cook acknowledged that when it began raining hard earlier in the day, they were not sure when they would be able to set up under the tents. "We brought in lots and lots of mulch," she laughed. "We're excited it's going to be a beautiful night."

Shortly after 7:00 p.m., the air horns blared across the field. A loud cheer arose from the huge crowd as pilots fired their burners in unison to light their balloons.

For the next two hours, each time the air horns blew, flames would shoot into the huge hot air balloons creating a mesmerizing glow against the dark sky. Each time, spectators quickly tried to capture the action using their digital cameras and cell phones before the balloons went dark.

The free family event precluded the annual Great Forest Park Balloon Race, Saturday, September 21, on Central Field. See related story: **Great Forest Park Balloon Race Delights Thousands of Spectators**


Kids squealed with delight as they found a few puddles to jump in while waiting in line to play in the inflatables set up at the north end of Central Field.


Every available dry space around the field was filled with tables, chairs, plastic and blankets as families settled in to watch crew members unfold yards of material, upright flight baskets and begin adjusting burners to inflate nearly sixty colorful balloons spaced out across the field.


Balloons slowly begin to inflate against the rosy sunset.


PNC Bank #2 pilot Larry Salters prepares for the glow 'burn'.




Flames from the burners of nearly seventy hot air balloons cast a warm glow over the crowd.

Blaring horns caught many spectators by surprise as they gathered near the balloons for an up close and personal view.



The 41st annual Great Forest Park Balloon Glow lights up the night over Central Field in Forest Park.

The Saint Louis Front Page is owned and maintained by the Moore Design Group for the sole purpose of disseminating news and information about the Metropolitan Saint Louis area. Text or graphics may not be copied, rewritten or distributed in any manner whatsoever without written permission. For more information, contact editor@slfp.com All rights reserved world wide © 1996 - 2013 Moore Design Group.

