# Exhibit C

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America



**Form VA**
For a Work of the Visual Arts

VA 1-433-899

EFFECTIVE DATE OF REGISTRATION

01 / 07 / 2014
Month   Day   Year

**EXHIBIT C**

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**Title of This Work ▼**
St. Louis Photos (www.stlouisphotos.com)

**NATURE OF THIS WORK ▼** See Instructions

**Previous or Alternative Titles ▼**                                                                                       25*
St. Louis Front Page (www.slfp.com or www.stlouisfrontpage.com); Group Registration / Published; Approx. 27 photos

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

St. Louis Front Page is a weekly publication with news and information on the St. Louis metropolitan area.

If published in a periodical or serial give:  Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**

**a** **NAME OF AUTHOR ▼**
Wendell R. (Bob) Moore d/b/a Moore Design Group

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼
1938

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of   USA
     Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☒ No
Pseudonymous? ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map            ☐ Technical drawing
☐ 2-Dimensional artwork      ☒ Photograph     ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**b** **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
     Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map            ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph     ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

---

**3**

**a** Year in Which Creation of This Work Was Completed
2013   Year   This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work  May 7, 2013 to Dec. 14, 2013
Complete this information ONLY if this work has been published.
Month ____ Day ____ Year ____
USA   Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Wendell R. (Bob) Moore, 3832 S Broadway Street, Saint Louis, MO 63118

See instructions before completing this space.

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JAN 07 2014
ONE DEPOSIT RECEIVED
JAN 0   2014
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 6 pages

\*Amended by C.O. from email received from Bob Moore on Oct. 2, 2014.

EXAMINED BY ARUN

CHECKED BY

☒ CORRESPONDENCE Yes

FORM VA

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼    Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼
~~Some photographs published as part of the St. Louis Front Page (www.slfp.com or www.stlouisfrontpage.com) are being reproduced as posters for sale and licensed for use in promotion, advertising, and editorial.~~ \*

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
~~Compilation of new photographs featuring images of St. Louis including architecture, attractions, city skylines, historical locations, botanical, lifestyles, events and festivals~~ \*

**6** a
b
See Instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼    Account Number ▼

**7** a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
Wendell R. (Bob) Moore d/b/a Moore Design Group
3832 S Broadway Street
Saint Louis, MO 63118

b

Area code and daytime telephone number  (314) 771-5212       Fax number  (314) 771-0300
Email  bob@mooredesign.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
check only one ▶
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Wendell R. Moore                                                                      Date  December 27, 2013

Handwritten signature (X) ▼
X  _Wendell R Moore_

**9**

Certificate will be mailed in window envelope to this address:
Name ▼
Wendell R. (Bob) Moore d/b/a Moore Design Group
Number/Street/Apt ▼
3832 South Broadway Street
City/State/ZIP ▼
Saint Louis, Missouri 63118

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

\*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CONTINUATION SHEET
# FOR FORM VA
*for Group Registration of Published Photographs*

 **Form GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

VA 1-433-899

USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

01   07   2014
(Month)  (Day)  (Year)

CONTINUATION SHEET RECEIVED

Page __3__ of __6__ pages

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form *may not* be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**



**A** Identification of Application

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author __Wendell R. (Bob) Moore__

Name of Copyright Claimant __Wendell R. (Bob) Moore, 3832 S Broadway Street, Saint Louis, MO 63118__

**B** Registration for Group of Published Photographs

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (*see instructions*), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

**Number 1**
Title of Photograph __AsiaticLily_0034__
Date of First Publication __July 24, 2013__   Nation of First Publication __USA__
Description of Photograph __Botanical__

**Number 2**
Title of Photograph __BalloonGlow_2816__
Date of First Publication __September 20, 2013__   Nation of First Publication __USA__
Description of Photograph __News__

**Number 3**
Title of Photograph __BalloonGlow_2822__
Date of First Publication __September ~~2012~~ 20, 2013*__   Nation of First Publication __USA__
Description of Photograph __News__

**Number 4**
Title of Photograph __BalloonGlow_2868__
Date of First Publication __September 20, 2013__   Nation of First Publication __USA__
Description of Photograph __News__

**Number 5**
Title of Photograph __BalloonRace_3020__
Date of First Publication __September 21, 2013__   Nation of First Publication __USA__
Description of Photograph __News__

**Number 6**
Title of Photograph: BathersSculpture_1844
Date of First Publication: September 10, 2013 (Month/Day/Year)
Nation of First Publication: USA
Description of Photograph: News (Optional)

**Number 7**
Title of Photograph: BettyPeaceRose_0003
Date of First Publication: July 8, 2013
Nation of First Publication: USA
Description of Photograph: Botanical

**Number 8**
Title of Photograph: BudDogArt_4678
Date of First Publication: November 10, 2013
Nation of First Publication: USA
Description of Photograph: News

**Number 9**
Title of Photograph: FiremenRallyFlag_2328
Date of First Publication: September 7, ~~2014~~ 2013*
Nation of First Publication: USA
Description of Photograph: News

**Number 10**
Title of Photograph: GardenGlow_5133
Date of First Publication: November 23, 2013
Nation of First Publication: USA
Description of Photograph: News

**Number 11**
Title of Photograph: GardenGlow_5141
Date of First Publication: November 23, 2013
Nation of First Publication: USA
Description of Photograph: News

**Number 12**
Title of Photograph: GardenGods_0199
Date of First Publication: July 18, 2013
Nation of First Publication: USA
Description of Photograph: Colorado

**Number 13**
Title of Photograph: GardenGods_0208
Date of First Publication: July 18, 2013
Nation of First Publication: USA
Description of Photograph: Colorado

**Number 14**
Title of Photograph: GardenGods_0211
Date of First Publication: July 18, 2013
Nation of First Publication: USA
Description of Photograph: Colorado

**Number 15**
Title of Photograph: GardenGodsArt_0235
Date of First Publication: July 18, 2013
Nation of First Publication: USA
Description of Photograph: Colorado

**B** — Registration for Group of Published Photographs (continued)

**C**
Certificate will be mailed in window envelope to this address:
Name: Wendell R. (Bob) Moore d/b/a Moore Design Group
Number / Street / Apt: 3832 South Broadway Street
City / State / Zip: Saint Louis, Missouri 63118

MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

# CONTINUATION SHEET
# FOR FORM VA
*for Group Registration of Published Photographs*



Form GR/PPh/CON
UNITED STATES COPYRIGHT OFFICE

VA 1-433-899

USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

01   07   2014
(Month) (Day) (Year)

CONTINUATION SHEET RECEIVED

JAN 07 2014

Page __5__ of __6__ pages

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form *may not* be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A  Identification of Application

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author   Wendell R. (Bob) Moore

Name of Copyright Claimant   Wendell R. (Bob) Moore, 3832 S Broadway Street, Saint Louis, MO 63118

## B  Registration for Group of Published Photographs

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (*see instructions*), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

**16**
Title of Photograph   JapaneseFestival_2145
Date of First Publication   August 31, 2013     Nation of First Publication   USA
Description of Photograph   News

**17**
Title of Photograph   OldCourthouse_0059
Date of First Publication   July 4, 2013     Nation of First Publication   USA
Description of Photograph   News

**18**
Title of Photograph   XmasParade_5274
Date of First Publication   November 28, 2013     Nation of First Publication   USA
Description of Photograph   News

**19**
Title of Photograph   StanMusialBridge_0638
Date of First Publication   July 25, 2013     Nation of First Publication   USA
Description of Photograph   News

**20**
Title of Photograph   StanMusialBridge_2187
Date of First Publication   May 7, 2013     Nation of First Publication   USA
Description of Photograph   News

| Number | Title of Photograph | Date of First Publication | Nation of First Publication | Description of Photograph |
|---|---|---|---|---|
| 21 | StanMusialBridge_5629 | December 14, 2013 | USA | News |
| 22 | StanMusialBridge_5651 | December 14, 2013 | USA | News |
| 23 | FPVisitorCenter_1702 | August 18, 2013 | USA | News |
| 24 | WallaWalla_2058 | August 31, 2013 | USA | News |
| 25 | XmasParade_5231 | November 28, 2013 | USA | News |
| 26 | | | | |
| 27 | | | | |
| 28 | | | | |
| 29 | | | | |
| 30 | | | | |

Certificate will be mailed in window envelope to this address:

Name ▼
Wendell R. (Bob) Moore d/b/a Moore Design Group
Number / Street / Apt ▼
3832 South Broadway Street
City / State / Zip ▼
Saint Louis, Missouri 63118