# Exhibit D

# GREAT FOREST PARK BALLOON RACE

## SATURDAY, SEPT. 20TH

| 80° | 84° | 81° |
|---|---|---|
| BEAUTIFUL! | A FEW MORE CLOUDS | NICE EVENING |
| NOON | 3PM | 6PM |

OON-6:30 PM

75°   5:20
News Channel 5

EXHIBIT D

